# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

DONALD G. LUTHER, JR.

VERSUS

KYLE ARDOIN, SECRETARY OF
STATE FOR THE STATE OF
LOUISIANA, JEFF LANDRY,
ATTORNEY GENERAL, AND
JOHNELL MATTHEWS

NO.   2020 CW 0726

AUGUST 13, 2020

---

In Re:   Donald G. Luther, Jr., applying for supervisory writs,
19th Judicial District Court, Parish of East Baton
Rouge, No. 698530.

---

BEFORE:   GUIDRY, HOLDRIDGE, AND WOLFE, JJ.

WRIT DENIED.

JMG
EW

**Holdridge, J.,** concurs.   I concur with the majority so as
to allow the Louisiana Supreme Court to exercise its supervisory
jurisdiction to halt the election if it deems the candidate in
question is not qualified to hold judicial office.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT